**Ravinder KAUR, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–72384.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 28, 2011.

Saad Ahmad, Fremont, CA, for Petitioner.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

John Beadle Holt, Esquire, Trial, OIL, DOJ—U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

**MEMORANDUM** \*\*

Ravinder Kaur, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision finding that her asylum application was frivolous. We have jurisdiction under 8 U.S.C. § 1252. We review de novo due process claims, *see Montes–Lopez v. Gonzales*, 486 F.3d 1163, 1165 (9th Cir.2007), and we deny the petition for review.

Kaur does not challenge the agency's frivolousness finding, but contends the BIA erred by not considering her claims for withholding of removal and CAT relief. The BIA did not err because Kaur did not present those claims in her brief to the BIA. *See Abebe v. Mukasey*, 554 F.3d 1203, 1207–08 (9th Cir.2009) (en banc) (BIA is not required to consider claims that are not raised in the brief).

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.